

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00271-CR

| | | |
|---|---|---|
| SERGIO ALEJANDRO AGUILAR, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1751244R) |
| V. | § | October 12, 2023 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment of conviction for continuous violence against the family (Count Four). We reverse the trial court's judgment of conviction for assault on a family member with a

previous family-violence conviction (Count Three), and we render a judgment of acquittal as to that offense only.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel